FILED

SEP 29 2016

Clerk, U S Courts
District Of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-16-5167-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: 6028103 |
| vs. | Location Code: M13 |
| GAYLENE HALL, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $85 and a $30 processing fee for VN 60281036 for a total amount of $115 in full by December 1, 2016. Payments should be mailed to the following address:

    Clerk of Court
    United States District Court
    Missouri River Courthouse
    125 Central Avenue West, Suite 110
    Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the Warrant for Arrest is QUASHED.

DATED this 29th day of September, 2016.

/s/ John Johnston
John Johnston
United States Magistrate Judge